CEM/: USAO2025R0593

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** ABA 25cr360 |
| **v.** | **(Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(2) and 7; Assault within Territorial** |
| **SCOTT ANDREW CURRY,** | **Jurisdiction, 18 U.S.C. §§ 113(a)(5) and 7; Forfeiture, 18 U.S.C. § 2253)** |
| **Defendant.** | |

## INDICTMENT

### COUNT ONE
(Abusive Sexual Contact)

The Grand Jury for the District of Maryland charges that:

### General Allegations

1.    Defendant **SCOTT ANDREW CURRY** was born in 1980 and resided in Maryland.

2.    Minor Victim was born in 2008 and was 17 years old at the time of the offenses committed against him.

### The Charges

3.    On or about May 7, 2025, within the special territorial jurisdiction of the United States, the defendant,

### SCOTT ANDREW CURRY,

did knowingly engage in and attempt to engage in sexual contact and cause sexual contact with Minor Victim without Minor Victim's consent, that is, intentional touching of the genitalia, said sexual contact having occurred at the Woodlands Job Corps Center.

18 U.S.C. § 2244 (a)(2) and §7

## COUNT TWO
(Assault within Territorial Jurisdiction)

The Grand Jury for the District of Maryland further charges that:

1.  Paragraphs One and Two of Count One are incorporated here.

2.  On or about May 7, 2025, the defendant,

### SCOTT ANDREW CURRY,

at a place within the special territorial jurisdiction of the United States, namely Woodland Job

Corps Center, acquired for the use of the United States and under its exclusive jurisdiction, did

assault Minor Victim.

18 U.S.C. § 113(a)(5) and §7

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Abusive Sexual Contact Forfeiture

2.     Upon conviction of the offenses alleged in Counts One of this Indictment, the defendant,

### SCOTT ANDREW CURRY,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

b.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Substitute Assets

3.     If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property that cannot be subdivided without difficulty;

3

the United States shall be entitled to forfeiture of substitute property up to the value of the

forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18

U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes /cem

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

Date: November 19, 2025

4